NLRB v. Kirin Transportation, Inc.